October 4, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MISSION GROVE LP, Appellant

NO. 14-15-00120-CV                         V.

DARREN HALL, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Darren Hall, signed January 16, 2015, was heard on the transcript of the record. We have inspected the record and find the trial court erred as to the fraud and promissory estoppel claims. We therefore order that the portion of the trial court's order granting summary judgment on the fraud and promissory estoppel claims is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the trial court's order granting summary judgment of the breach of contract claim and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.